USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

                Plaintiff,

-against-

THE CITY OF NEW YORK, MARSHA KELLAM, CHERYL CONSTANTINE, SHERLEY FERGUSON, SHATONYA MIGGINS, CARLEN ANDERSON, NANCY KERNISANT-DUBOIS, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.

20 Civ. 8911 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 29, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 23, 2020. ECF No. 19. Those submissions are now overdue. By **12:00 p.m.** on **December 30, 2020**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge