USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2020_

# MADUEGBUNA COOPER LLP
### ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005

(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

December 28, 2020

**VIA ELECTRONIC CASE FILING (ECF)**
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   ***Enechi v. City of New York, et al.***
      **Docket No.: 20-cv-8911 (AT)**

Dear Judge Torres:

We represent the plaintiff, Eucharia Enechi, in the above-captioned disability and national origin discrimination matter, and write further to the Court's Order of December 28, 2020, directing the parties to file a joint letter and proposed case management plan by 12:00 PM on December 30, 2020. Dkt. No. 21.

Plaintiff apologizes for the oversight in not filing the joint letter and proposed case management plan on the original due date of December 23, 2020. However, we had planned and intended to amend the Complaint prior to serving on the defendants and before December 23, but due to Plaintiff's ongoing serious illnesses, have not been able to. Although Plaintiff still planned to amend well before the 90-day deadline to serve on January 22, 2021, in light of the Court's Order and Plaintiff's medical issues, we will send the Complaint and other case initiating documents out for service immediately.

Plaintiff also respectfully requests that the parties be given until January 22, 2021 to file their joint letter and proposed case management plan, and Plaintiff will arrange to have a copy of such Order served on Defendants' counsel.

We thank the Court for its consideration of its attention to this submission.

GRANTED.  The conference scheduled for January 4, 2021, is ADJOURNED to **February 1, 2021**, at **11:00 a.m.**  By **January 25, 2021**, the parties shall submit their joint letter and case management plan.

SO ORDERED.

Dated: December 28, 2020
New York, New York

ANALISA TORRES
United States District Judge