```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021
```



| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **Georgia M. Pestana**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Alison S. Mitchell**<br>phone: (212) 356-3514<br>amitchel@law.nyc.gov |

June 9, 2021

**Via ECF**
The Honorable Analisa Torres
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Enechi v. City of New York, et al.</u>,
     20-CV-8911 (AT)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above referenced matter. I write to request a one-week adjournment of the initial conference, from June 10, 2021 until June 17, 2021. Plaintiff's counsel consents to this request.

   This extension of time is necessary because, as widely reported, our office has had a complete loss of technological access and resources. Specifically, over the past weekend access to the New York City Law Department's network and emails was disabled and, unfortunately, access has not yet been restored and there is no date of anticipated restoration. Accordingly, I have not been able to work on this or any other matter since Friday, June 4, 2021—I am unable to sufficiently prepare for the initial conference as I do not have access to my work product, relevant documents, or email. Therefore, defendants respectfully request a one-week adjournment of the initial conference, from June 10, 2021 until June 17, 2021.

   Thank you for your consideration of this request.

Pursuant to the Court's order at ECF No. 42, the initial conference in this matter has been adjourned *sine die*.

Dated: June 9, 2021
   New York, New York

Respectfully submitted,

*/s/ Alison S. Mitchell*

Alison S. Mitchell
*Assistant Corporation Counsel*

_____
ANALISA TORRES
United States District Judge