UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, MARSHA KELLAM, CHERYL CONSTANTINE, SHERLEY FERGUSON, SHATONYA MIGGINS, CARLEN ANDERSON, NANCY KERNISANT-DUBOIS, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/16/2021__

20 Civ. 8911 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' proposed protective order. ECF No. 51. The proposed protective order states that "Before filing any material designated as 'CONFIDENTIAL' with the Court, the party wishing to file the material shall advise the Court and the disclosing party so that the Court may determine how to protect the confidential nature of the material proposed to be filed. The parties shall not submit sealed or Confidential Material to the Court without prior consultation with chambers." *Id.* ¶ 17. The Court's individual rules require parties to follow certain procedures when requesting approval for redacted or sealed filings. *See* Individual Practices in Civil Cases Rule IV.A. Additionally, the proposed protective order states that "This Court shall retain jurisdiction over all persons subject to this Stipulation and Order for so long as such persons have Confidential Material and to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof." ECF No. 51, ¶ 29. The Court will retain jurisdiction over the persons subject to the protective order only until the end of this litigation.

    Accordingly, by **November 22, 2021**, the parties shall file a revised proposed protective order that specifies (1) that "Any party seeking to file redacted or entire documents under seal must obtain prior Court approval in accordance with Rule IV.A of this Court's Individual Practices in Civil Cases. The parties shall meet and confer in an effort to minimize the redaction or sealing request prior to submitting their request to the Court," and (2) that the Court will retain jurisdiction over enforcement of the protective order until the end of this litigation.

    SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge