USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, MARSHA KELLAM, CHERYL CONSTANTINE, SHERLEY FERGUSON, SHATONYA MIGGINS, CARLEN ANDERSON, NANCY KERNISANT-DUBOIS, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                              Defendants.

20 Civ. 8911 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The case management conference scheduled for January 19, 2022, is ADJOURNED *sine die*.

       SO ORDERED.

Dated: January 6, 2022
       New York, New York

ANALISA TORRES
United States District Judge