```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-08911 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at today's conference, defendants shall submit one copy of each of the withheld emails identified in Exhibits 1-4 to the parties' January 18, 2022 joint letter (Dkt. No. 68) for *in camera* review no later than close of business tomorrow, **January 21, 2022**. The emails shall be transmitted, *ex parte*, to moses_nysdchambers@nysd.uscourts.gov. If for any reason defendants cannot submit the withheld documents by this deadline, they shall show cause in writing why they are unable to do so.

    In addition to the *ex parte* submission to Chambers, defendants shall file on the public docket a letter (1) confirming submission of the withheld emails for *in camera* review and (2) identifying each individual listed in the "from," "to," "cc," and bcc" lines of the withheld emails by position (at the time of the email). Defendants shall also state which of those individuals was an attorney, or was working for any attorney (*e.g.*, as a paralegal or investigator) at that time.

Dated: New York, New York
       January 20, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**