UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

                             Plaintiff,                  20 Civ. 8911 (PAE)

-v-

                                                                ORDER

THE CITY OF NEW YORK, *et al.*,

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

      Earlier today, the above-captioned case was reassigned to this Court. The Court directs the parties promptly to confer, and, by **November 22, 2023**, to submit a joint letter estimating the length of trial. The Court further directs the parties, by **December 13, 2023**, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions *in limine* are due on the same date as the joint pretrial order; opposition briefs are due one week later.

      SO ORDERED.

                                                                     PAUL A. ENGELMAYER
                                                                     United States District Judge

Dated: November 20, 2023
          New York, New York