UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUCHARIA ENECHI,

                            Plaintiff,

      -v-

THE CITY OF NEW YORK, *et al.*,

                          Defendants.

20 Civ. 8911 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court thanks counsel for their prompt replies to the Court's informal request as to their availability for trial. Trial in this case will commence on **February 26, 2024**, a date that is convenient for all. A final pretrial conference is hereby scheduled for **February 15, 2024, at 10:30 a.m.**, to be held in person at the Thurgood Marshall United States Courthouse in Courtroom 1305. The parties' joint pretrial order and any motions *in limine* remain due **December 13, 2023**.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 30, 2023
       New York, New York