

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren F. Silver**<br>Labor and Employment Law Division<br>Telephone: (212) 356-2507 |

January 10, 2024

**Via ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   Eucharia Enechi v. City of New York, et al., No. 20-cv-08911(PAE)

Dear Judge Engelmayer:

        I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants in the trial of the above-referenced action. The undersigned writes respectfully to request a one week adjournment of the trial in this matter, from February 26, 2024, to March 4, 2024, and to request a referral to magistrate judge for a settlement conference. Plaintiff consents to these requests, which are the first such requests.

        Defendants seek this brief adjournment of the trial in this matter because my Office is experiencing staffing issues that prevent us from being able to start this trial on February 26, 2024. Due to these staffing issues, my Office is looking to retain outside counsel to handle the trial in this matter and, unfortunately, the outside counsel that we are looking to retain is not available the week of February 26, 2024. However, outside counsel is available to start trial in this matter the following week, the week of March 4, 2024. Accordingly, I respectfully request that trial in this matter be adjourned to start the week of March 4, 2024.

        The parties also request that Your Honor refer this matter to a magistrate judge who is available to conduct a settlement conference sometime in February. The parties believe that a settlement conference before a magistrate may help in resolving this matter prior to trial.

        Thank you for your consideration herein.

Respectfully submitted,

/s/ Lauren F. Silver
Lauren F. Silver
Assistant Corporation Counsel
lasilver@law.nyc.gov

Cc: Plaintiff's counsel via ECF

The Court denies the request to change the trial date. The Court by separate order will refer the case to Hon. Barbara C. Moses for purposes of settlement.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
January 10, 2024