UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUCHARIA ENECHI,

                                Plaintiff,

                -v-

CITY OF NEW YORK ET AL.,

                                Defendants.

20 Civ. 8911 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    A pretrial conference is scheduled in this case for February 15, 2024, at which the Court intends to address the pending motions *in limine*. In one such motion, defendants move to exclude plaintiff's proposed Exhibits 17, 20, 35, 40, 43, 44, 51, 52, 55, 56, 57, 64, 71, 77, 81, and 135. Dkt. 138 at 13. Defendants argue that these exhibits are relevant only to—and in any event refer to—claims that have been dismissed, including in the decision resolving the motion for summary judgment. *See* Dkt. 117. Plaintiff opposes this motion. *See* Dkt. 152.

    To assist the Court in evaluating this motion, the Court directs plaintiff's counsel, after consulting with defense counsel, to redact these documents to eliminate all references in the above exhibits to dismissed claims. Plaintiff should file the redacted versions of these exhibits on the docket by February 7, 2023. The Court further directs that plaintiff submit a letter explaining, with specificity and on an exhibit-by-exhibit basis, why each exhibit, as redacted, is relevant to surviving claims in this case, assuming plaintiff contends that such is so. That letter is also due February 7, 2024. Defendants' response is due February 9, 2024.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 2, 2024
       New York, New York