UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

20-CV-8911 (PAE) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2024

**BARBARA MOSES, United States Magistrate Judge.**

  The Court has received and reviewed the parties' confidential settlement letters. (*See* Dkt. 154 ¶ 3.) Judge Moses will hold a pre-settlement telephonic conference with counsel only on **February 8, 2024**, at **9:00 a.m.** A few minutes before the scheduled time, counsel shall call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
    February 7, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**