UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUCHARIA ENECHI,

                              Plaintiff,

            -v-

CITY OF NEW YORK ET AL.,

                             Defendants.

20 Civ. 8911 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has been alerted that counsel for the City of New York failed to attend a pre-settlement telephonic call on February 8, 2024, before Judge Moses. *See* Dkt. 160. The Court reminds counsel that the final pre-trial conference is scheduled for Thursday, February 15, 2024, and that trial is scheduled to begin Monday, February 26, 2024. The Court will not tolerate a failure to appear or tardy appearance, at conference or trial, and requires lead counsel for each party to attend conference and trial. The Court hereby directs counsel for each party to file a short letter on the docket today setting out the names of lead counsel and confirming that such persons will attend the final pre-trial conference.

       SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: February 9, 2024
         New York, New York