UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

Plaintiff,

-v-

THE CITY OF NEW YORK ET AL,

Defendant.

20 Civ. 8911 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiff's counsel, Samuel Maduegbuna, Esq., this evening notified the Court by letter of the need for an emergency *ex parte* conference and stated that he could be available for such any time before the final pretrial conference in this case, which is scheduled for Thursday, February 15, 2024, at 10:30 am.  Dkt. 182.  The Court, solicitous of this request, urgently arranged an in-person conference, with a court reporter, for tomorrow, February 14, 2024, at 11 a.m., and notified both sides' counsel of this by an emailed order which was docketed tonight.  Mr. Maduegbuna, however, has tonight emailed the Court to state that, contrary to the statement in his letter, he has a competing commitment at that time.  He asks the Court to adjourn the *ex parte* conference, or to permit him to appear at it remotely.

The Court is dismayed by Mr. Maduegbuna's carelessness and disrespect for the Court. The Court expects better.  The Court will expect a considerably higher degree of professionalism and candor from plaintiff's counsel at the trial of this case that is to commence on February 26, 2024.  The Court will nonetheless move the *ex parte* in-person conference to 4 p.m. tomorrow, February 14, 2024, again to be held in courtroom 1305 of the Thurgood Marshall United States Courthouse, a time at which Mr. Maduegbuna's latest email indicates he will be available.  The

1

Court does so to assure that if indeed it is true that there is a matter of urgency to which the Court must attend—as Mr. Maduegbuna's letter implies is the case—the Court can do so expeditiously.

For avoidance of doubt, the Court will not further adjourn this *ex parte* conference, and will not hold the conference remotely.  Mr. Maduegbuna should be prepared at the 4 p.m. in-person conference on February 14 to account for the inaccurate statement in his letter of earlier today to the effect that he was available for the *ex parte* conference at any time prior to the February 15 final pretrial conference.  Also for avoidance of doubt, counsel should assume that the final pretrial conference and trial dates that the Court has set are firm, and should prepare accordingly.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 13, 2024
New York, New York

2