```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/15/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUCHARIA ENECHI,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-8911 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a telephonic pre-settlement conference with counsel only on **February 16, 2024**, at **1:00 p.m.** A few minutes before the scheduled time, counsel shall call (888) 557-8511 and enter the access code 7746387. Lead counsel for both plaintiff and defendants must attend.

Dated: New York, New York
          February 15, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**