UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUCHARIA ENECHI,

                              Plaintiff,

               -v-

CITY OF NEW YORK ET AL.,

                             Defendants.

20 Civ. 8911 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a conference in this case and set the following deadlines:

- Counsels' letters advising Court of witness's availability for trial: February 28, 2024
- Dr. Shapiro's Expert Report:
    - Dr. Shapiro's expert report: February 28, 2024
    - City's response: March 4, 2024
    - Enechi's reply: March 6, 2024
- Enechi's Motion for Reconsideration:
    - City's response: February 26, 2024

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2024
       New York, New York